IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02046-RPM

KELVIN DOYLE,

        Plaintiff,

v.

JOHN E. POTTER, Postmaster General, and
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

        Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16.2A and 29.1, it is

ORDERED that a scheduling conference will be held on **December 21, 2005, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those instructions. Proposed orders are to be double-spaced. In addition, the

proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov**.

Dated: October 25, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge