IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02046-RPM

KELVIN DOYLE,

        Plaintiff,

v.

JOHN E. POTTER, Postmaster General, and
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

        Defendants.

---

ORDER VACATING SCHEDULING CONFERENCE AND SETTING MOTION TO DISMISS

---

It appearing that Defendant John E. Potter's motion to dismiss, filed on October 21, 2005, has been fully briefed, it is

ORDERED that the scheduling conference set for December 21, 2005, is vacated and it is

FURTHER ORDERED that Defendant Potter's motion to dismiss is scheduled for hearing on **December 21, 2005, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

Dated: December 13, 2005

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge