IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02046-RPM

KELVIN DOYLE,

        Plaintiff,

v.

JOHN E. POTTER, Postmaster General, and
QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

        Defendants.

## ORDER OF DISMISSAL OF FEDERAL DEFENDANT AND FOR REMAND

      This civil action was removed from the District Court, City and County of Denver, Colorado, by the Postmaster General as a suit against the United States.  A motion to dismiss was then filed, based on lack of subject matter jurisdiction.  Upon the papers filed and pursuant to the hearing held today, the Court finds and concludes that the plaintiff seeks relief from the Postmaster General for breach of contract in the first claim for relief and that the amount in issue exceeds the jurisdictional limit in 28 U.S.C. § 1346(a)(2).  Accordingly, there is no jurisdiction in this court for that claim and because removal was based on federal question, the action should be remanded.  Accordingly, it is

      ORDERED that this civil action is dismissed as to John E. Potter, Postmaster General, without prejudice, for lack of jurisdiction and it is

FURTHER ORDERED that this civil action is now remanded to the District Court, City and County of Denver, Colorado.

Dated: January 4, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge